UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| ELI DUNN and COLIN ALLEN, Plaintiffs v. BRYCE HATCH, an individual; HATCH MARINE ENTERPRISE, LLC, et al, Defendants. | Case No. 1:15-cv-00479-BLW MEMORANDUM DECISION AND ORDER |
|---|---|

The Court has reviewed the briefing and materials submitted concerning the motion for summary judgment filed by defendants. There are questions of fact over whether there was in fact a "profit sharing adjustment" and, if so, whether it was actually a price adjustment that was to be shared with plaintiffs. With regard to plaintiff Allen, there are questions of fact whether he was verbally promised a 10% crew share. The motion shall therefore be denied. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for summary judgment (docket no. 78) is DENIED.

**Memorandum Decision & Order – page 1**



DATED: October 27, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court

**Memorandum Decision & Order – page 2**